IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carolyn S. Shaffer,

    Plaintiff,

    v.

Michael J. Astrue,
Commissioner of
Social Security,

    Defendant.

Case No. 2:11-cv-973

JUDGE MICHAEL H. WATSON
Magistrate Judge Kemp

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on May 31, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **OVERRULED**. The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT