IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carolyn S. Shaffer,

    Plaintiff,

v.

    Case No. 2:11-cv-973

Michael J. Astrue,
Commissioner of
Social Security,

    JUDGE MICHAEL H. WATSON
    Magistrate Judge Kemp

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on May 31, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **OVERRULED**. The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT